*Nicoletti Hornig & Sweeney*

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801

TELEPHONE 212-220-3830

FACSIMILE 212-220-3780

GENERAL@NICOLETTIHORNIG.COM

WWW.NICOLETTIHORNIG.COM

January 24, 2025

**VIA ECF**

Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**RE:    *Liberty Mutual Insurance Company v. US Pacific Transport, Inc.*
        Case No. 1:24-cv-06140-LJL**

Dear Judge Liman:

We represent Plaintiff Liberty Mutual Insurance Company ("Liberty Mutual" or "Plaintiff") in the above-referenced action. We write pursuant to Rules 1.C. and 1.D. of Your Honor's Individual Rules and Practices to respectfully request an adjournment of the Initial Conference scheduled for January 30, 2024. This is the second request for an adjournment of a conference in this matter.

In this action, the Summons and Complaint was properly served on Defendant US Pacific Transport, Inc. ("US Pacific Transport" or "Defendant") on September 17, 2024 [ECF Doc. 6]. However, Defendant has not yet answered or appeared in this action. A Clerk's Certificate of Default against Defendant was entered on November 14, 2024 [ECF Doc. No. 10]. On January 24, 2025, Plaintiff filed a Motion for Default Judgment against US Pacific Transport [ECF Doc. 13].

In light of the fact that Defendant has still not appeared in this action, Plaintiff believes that an adjournment of the initial conference indefinitely until after the default judgment motion is decided would best serve the interests of the Court and judicial efficiency. Alternatively, if the Court requires a future date for the conference, Plaintiff respectfully suggests at least a 60-day adjournment until late March 2025.

We thank the Court for its time and consideration of this matter. Please do not hesitate to contact the undersigned with any questions or comments.

Respectfully submitted,

NICOLETTI HORNIG & SWEENEY

By: _____

Val Wamser

Plaintiff's motion to adjourn the initial pretrial conference scheduled for January 30, 2025, is granted.

Defendant may respond to Plaintiff's motion for default judgment no later than February 17, 2025. Plaintiff may file a reply in support of its motion for default judgment no later than seven days after Defendant's response, if any.

The Court will hold a telephonic hearing on the motion for default judgment on February 5, 2025 at 11 AM. The parties are directed to dial 646-453-4442, and enter conference ID 358639322 followed by the pound (#) key.

SO ORDERED.

January 27, 2025    _____

LEWIS J. LIMAN
United States District Judge