```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
LIBERTY MUTUAL INSURANCE COMPANY,                                  :
                                                                   :
                        Plaintiff,                                 :
                                                                   :
        -v-                                                        :    1:24-cv-06140 (LJL)
                                                                   :
US PACIFIC TRANSPORT, INC.,                                        :        ORDER
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 01/31/2025

LEWIS J. LIMAN, United States District Judge:

The telephonic default judgment hearing scheduled for February 5, 2025, is adjourned to March 4, 2025 at 10:00 AM. The parties are directed to dial 646-453-4442, and enter conference ID 358639322 followed by the pound (#) key.

SO ORDERED.

Dated: January 31, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge