*Nicoletti Hornig*
*Namazi Eckert & Sheehan*

WALL STREET PLAZA
88 PINE STREET
SEVENTH FLOOR
NEW YORK, NY 10005-1801

TELEPHONE 212-220-3830
FACSIMILE 212-220-3780
GENERAL@NICOLETTIHORNIG.COM
WWW.NICOLETTIHORNIG.COM

July 28, 2025

<u>**VIA ECF**</u>

Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    **RE:**    *Liberty Mutual Insurance Company v. US Pacific Transport, Inc.*
            **Case No. 1:24-cv-06140-LJL**

Dear Judge Willis:

    We represent Plaintiff Liberty Mutual Insurance Company in the above-referenced action. We write on behalf of all parties to advise the Court that the parties have agreed to a settlement in principle of this case and respectfully request an adjournment <u>sine</u> <u>die</u> of the settlement conference before Your Honor scheduled for July 29, 2025. This is the first request for an adjournment of the settlement conference.

    We thank the Court for its time and consideration of this matter. Please do not hesitate to contact the undersigned with any questions or comments.

    Respectfully submitted,

NICOLETTI HORNIG NAMAZI ECKERT & SHEEHAN

By: _____
      Val Wamser

**CC:**

**New Jersey** • 505 Main Street, Suite 106, Hackensack, NJ 07601-5928 • t 201-343-0970 • f 201-343-5882
**Georgia** • 4555 Mansell Road, Suite 300, Alpharetta, GA 30022 • t 770-521-4234 • f 770-521-4200
**Illinois** • One Lincoln Centre, 18 West 140 Butterfield Road, Suite 1521, Oakbrook Terrace, Illinois 60181 • t 630-332-2234

**VIA ECF**

**All counsel of record**

> The request to adjourn the settlement conference *sine die* is GRANTED. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> July 28, 2025